# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00082-CV

### In re Titan Milling, Inc. and Chris Deeves

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the motion for emergency relief are denied. *See* Tex. R. App. P. 52.8(a), 52.10.

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: February 15, 2019